UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 16-1870-GW(JCx) | Date | November 15, 2016 |
| Title | *Hamid Farkhondek v. Home Depot U.S.A., Inc., et al.* | | |

| | | |
|---|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement was filed on November 14, 2016.  The Court sets an Order to Show Cause re: Settlement Hearing for January 19, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on January 18, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

|  | : |
|---|---|
| Initials of Preparer | JG |