**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| HAMID FARKHONDEH,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC. and DOES 1 to 50,<br><br>    Defendants. | Case No: CV 16-1870-GW(JCx)<br><br>[LOS ANGELES COUNTY SUPERIOR COURT ACTION NO. BC609356]<br>(Complaint filed on February 4, 2016)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION** |

The Court has considered the Joint Stipulation to Dismiss Action filed by Plaintiff, Hamid Farkhondeh and Defendant Home Depot U.S.A., Inc. (Docket No. 32.) For good cause shown, the Joint Stipulation is GRANTED.   The action is DISMISSED WITH PREJUDICE against all served and unserved Defendants.  Each party shall bear its own fees and costs.

IT IS SO ORDERED.

DATED: January 18, 2017

By: _____
HON. GEORGE H. WU
United States District Judge

-1-

S:\GW\CV CLOSED\Farkhondek 16-1870\LA16CV01870GW-O JS-6.docx   37600094            [Proposed] Order Granting Joint Stipulation To Dismiss Action